**Lindsey Haynes, Plaintiff-Appellee, v. Multi-State Inter-Insurance Exchange, Defendant-Appellant.**

**Gen. No. 48,848.**

First District, Second Division.
February 21, 1963.

Howard C. Goldman and Edward E. Kane, of Chicago, for appellant; Irvin H. Weiss, of Chicago, for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**